FILED
GREAT FALLS DIV.

2009 JUN 2 AM 10 55

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| RICK L. HAMMOND, | |
| Plaintiff, | CV 08-49-GF-SEH |
| vs. | **ORDER** |
| MICHAEL J. ASTURE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On May 12, 2009, United States Magistrate Keith Strong entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will

---

[1] Docket No. 21.

review Judge Strong's Findings and Recommendations for clear error.

I see no clear error in Judge Strong's Findings and Recommendations. Therefore, I adopt the Findings and Recommendations in full.

ORDERED:

1. Plaintiff's Motion for Summary Judgment[2] is GRANTED in part and DENIED in part.

2. Defendant's Motion for Summary Judgment is GRANTED[3] in part and DENIED in part.

3. This case is REMANDED to the Commissioner of Social Security for the limited purpose of clarification of discrepancies in the testimony of vocational experts and determination of alternate work, if any, that could be performed by Plaintiff prior to July 1, 1998.

DATED this 2nd day of June, 2009.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Docket No. 14.

[3] Docket No. 17.